# EXHIBIT 2

## *Curriculum Vitae – David Roy Southwell*

Date of birth -        October 11, 1962

Address -              27 Netherby Avenue
                       Netherby SA 5062

## Education

Other -                "Firestone University" – Akron, Ohio, USA, 1997 (Graduate)

- Tire design factors
- Compounding
- Construction
- Field Engineering
- Analysis of operating conditions
- Performance measurement and analysis

Stahlgruber Foundation Tire Inspection, Repair & Retreading training, 2003

- Damage and failure modes
- Repair limits
- Repair techniques
- Repair failure analysis

Tertiary -             Master of Engineering
                       University of South Australia

                       Bachelor of Management
                       University of South Australia

                       Trade certificate in Automotive Mechanics
                       O'Halloran Hill TAFE

Secondary -            Matriculation
                       Prince Alfred College, 1979

## Memberships and Associations

Member, Society of Automotive Engineers

64

## Employment History

**Feb 2005 -**         **Independent tire industry consultant and failure analyst**
                       www.tirexperts.com.au

**July 2004 –**        **South Pacific Tires**
**February 2005**      **(Manufacturer of Goodyear, Dunlop and related brands for Australasian and export markets)**

<u>New Product Manager</u>

- Responsibility for new product design and development processes
- Managing indoor and outdoor tire test activities
- Recommending and implementing construction and compound specifications to ensure appropriate performance levels
- Surveying market conditions to determine suitability of specifications
- Co-ordinating market trials of new products
- Ensuring product compliance with all necessary legislative requirements

**January 2001 –**     **Bridgestone Corporation of Japan**
**June 2004**

<u>Technical Manager, Bridgestone/Firestone Training & Communication Centre, Bangkok, Thailand</u>.

- Establishment of formal in-service tire inspection procedures for all product groups (Passenger and light truck, Truck & Bus, Industrial, bias ply and radial ply designs)
- Training of technical service staff from Asia/Oceania, Middle East and African offices:
    - tire design, development and production processes
    - production quality systems
    - tire materials - origin, properties and appropriate uses
    - inspection techniques to determine failure mode & causes
    - assessment of tire designs for market suitability
    - impact of service conditions on performance and durability
    - dynamic behaviour of tires – interaction with vehicle/road
    - international regulations, design standards & test methods
    - tire performance monitoring and measurement
    - tire economics
    - software development – fleet tire monitoring
    - all aspects of field technical service work

**May 1999 to**        **Dealer Principal (Self employed)**
**October 2000**

- Director and Dealer Principal of The Tireman, a retail tire and automotive mechanical services outlet in Adelaide.
- conduct of a consultancy for transport operators, tire dealers, importers & wholesalers in the areas of fleet tire management, product quality and related matters.

The business was purchased by the Franchisor (Bridgestone Australia) to enable me to take up the above role with Bridgestone Corp. in Thailand.

65

| | |
|---|---|
| **January 1992 to May 1999** | **Bridgestone Australia Ltd.** <br><br> National Technical Field Service Manager <br><br> Wide ranging technical management responsibilities across all tire product groups, the major ones being listed below: <br><br> • make technical representations to major end users, original equipment manufacturers, distributors and dealers <br> • development and implementation of formal technical procedures and techniques for use by technical service staff <br> • prepare and present product and industry information to the media and other concerned bodies <br> • production and distribution of technical material <br> • technical training at all levels in the distribution channel <br> • responsibility for the technical elements of 6 tire retread plants <br><br> *Product Development* <br><br> • plan and manage new product development programmes <br> • preparing compound and construction specifications for new and revised products <br> • recommend and implement changes to product design and specification <br> • test track evaluation of handling, noise, ride and other dynamic tire response characteristics <br> • design and conduct extensive field trials to assess/confirm suitability of new products and/or specification changes <br> • ongoing inspection and analysis of failed and damaged tires to ascertain mode and cause of failure; determine and implement countermeasures where appropriate <br><br> *Other* <br><br> • design and administration of the national warranty system <br> • direct the design and implementation of fleet tire management software <br> • responsibility for product and public liability claims <br> • fulfil the position of Director of the Tire and Rim Association of Australia, the organisation that formulates and publishes engineering standards for the design, manufacture and fitment of automotive wheels and tires <br> • serve as Chairman of the Technical Committee of the Australian Tire Manufacturers Association. ATMA's task is to represent the industry to Government, public and other relevant bodies. |
| **January 1989 to December 1991** | **Bridgestone Australia Ltd.** <br><br> State Technical Service Manager – SA/NT <br><br> • responsibility for all Bridgestone tire technical matters within SA/NT <br> • Inspect tires submitted for warranty, product and/or public liability claim to determine mode and cause of failure <br> • prepare and make technical representations to commercial vehicle fleets, dealers, wholesalers, government bodies and other parties |

66

|  |  |
|---|---|
|  | • administration of new product design and development programmes |
| **January 1987 to December 1988** | **Bridgestone Australia Ltd.** |
|  | OE Engineering and Product Co-ordinator |
|  | • responsibility for development of new and improved products for sale to vehicle and machinery manufacturers<br>• new product performance testing/evaluation, and liaising with design staff concerning product specifications and changes thereto<br>• investigation and resolution of production and field quality issues across all product groups |
| **October 1985 to December 1986** | **Ford Motor Company of Australia Ltd.** |
|  | Field Manager |
|  | • responsibility for the parts and service activities of 24 Ford dealers. This encompassed service technical support and staff training, investigating & reporting on product failures and similar activities. |
| **February 1984 to October 1985** | **Mitsubishi Motors Australia Ltd.** |
|  | Vehicle Development Technical Officer |
|  | • this position involved Australian Design Rule certification, test track driving to assess vehicle dynamic response characteristics, durability test driving to evaluate vehicle and component durability, technical report compilation, new model road tests and subsequent market suitability evaluation, vendor liaison, and dealer field problem investigation/resolution. |
| **Jan 1980 – Dec 1983** | **Mitsubishi Motors Australia Ltd.** |
|  | Automotive Apprenticeship |
|  | an intensive four year Company training course involving rotation throughout all of the Company's operations, from fitting & machining to manufacturing, warranty, industrial engineering, engine development, service communication and vehicle development. |
| **Extracurricular** | Designer/builder of Clubman sports car for motorsport competition<br>Motorsport competitor (rally, hillclimb and circuit sprints) since 1983. |