UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LISA C. CONE, TIMOTHY H.L. FRAZIER,     Plaintiffs. | JUDGMENT IN A CIVIL CASE |
| v. | |
| HANKOOK TIRE COMPANY, LTD.     Defendant. | CASE NO: 14-1122-STA-egb |

**JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS SO ORDERED AND ADJUDGED** in accordance with the jury verdict rendered on June 30, 2017, judgment is hereby entered in favor of the defendant, Hankook Tire Company, Ltd., and against the plaintiffs, Lisa C. Cone and Timothy H.L. Frazier, thereby dismissing this cause.

**APPROVED:**

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 6/30/2017

THOMAS M. GOULD
**Clerk of Court**

s/Maurice B. Bryson
(By) Deputy Clerk